# EXHIBIT 1





## Franchise Tax Account Status

As of : 07/12/2023 12:19:55

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| HPC INDUSTRIAL SERVICES, LLC | |
|---|---|
| **Texas Taxpayer Number** | 17525039065 |
| **Mailing Address** | 900 GEORGIA AVE ATTN: ROSE BUE DEER PARK, TX 77536-2518 |
| **❓ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | DE |
| **Effective SOS Registration Date** | 11/17/1993 |
| **Texas SOS File Number** | 0009764206 |
| **Registered Agent Name** | C T CORPORATION SYSTEM |
| **Registered Office Street Address** | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |