# EXHIBIT 2

# TX, DEER PARK

Home   / TX, Deer Park

**TX, Deer Park**
**900 Georgia Ave**
**Deer Park**
**Deer Park, TX 77536**
**United States**





The leading provider of industrial cleaning solutions to the petrochemical and other energy end-markets.

**CONTACT US**

- 900 Georgia Avenue, Deer Park, TX 77536
- Contact a Recruiter
- 800-932-5326

**QUICK LINKS**

| | |
|---|---|
| Employee Connection | Careers |
| Contact Sales | Webstore |
| Privacy & Use Policy | Contact HR |

Copyright © 2023 HPC Industrial. All rights reserved. Login