# EXHIBIT 3

# West Virginia Secretary of State — Online Data Services

## Business and Licensing
Online Data Services Help

You are viewing this page over a secure connection. Click here for more information.

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

### HPC INDUSTRIAL SERVICES, LLC

Not in compliance. Please contact the WV Secretary of State's Office at 304-558-8000.

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|
| LLC \| Limited Liability Company | 2/28/1997 | | 2/28/1997 | Foreign Profit | | | |

### Organization Information

| Business Purpose | Capital Stock | |
|---|---|---|
| 8113 - Other Services (except Public Administration) - Repair and Maintenance - Commercial and Industrial Machinery and Equipment (exe Auto and Elec) Repair and Maintenance | | |
| **Charter County** | **Control Number** | |
| **Charter State** DE | **Excess Acres** | |

Hi, I'm SOLO I'm here to help you launch your new LLC.

× Close

| | | | |
|---|---|---|---|
| At Will Term | A | Member Managed | MBR |
| At Will Term Years | | Par Value | |
| Authorized Shares | | Young Entrepreneur | Not Specified |
| | | | |

### Addresses

| Type | Address |
|---|---|
| Mailing Address | 900 GEORGIA AVENUE<br>DEER PARK, TX, 77536 |
| Notice of Process Address | C T CORPORATION SYSTEM<br>5098 WASHINGTON ST W STE 407<br>Charleston, WV, 25313-1561 |
| Principal Office Address | 900 GEORGIA AVENUE<br>DEER PARK, TX, 77536<br>USA |
| Type | Address |

### Officers

| Type | Name/Address |
|---|---|
| Member | AQUILEX LLC<br>900 GEORGIA AVENUE<br>DEER PARK, TX, 77536 |
| Type | Name/Address |

Hi, I'm SOLO I'm here to help you launch your new LLC.

## DBA

| DBA Name | Description | Effective Date | Termination Date |
|---|---|---|---|
| HYDROCHEMPSC | TRADENAME | 2/5/2018 | |
| DBA Name | Description | Effective Date | Termination Date |

## Name Changes

| Date | Old Name |
|---|---|
| 8/24/2022 | HYDROCHEM LLC |
| 1/31/2014 | AQUILEX HYDROCHEM LLC |
| 3/29/2012 | AQUILEX HYDROCHEM, INC. |
| 1/27/2010 | HYDROCHEM INDUSTRIAL SERVICES, INC |
| Date | Old Name |

## Mergers

| Merger Date | Merged | Merged State | Survived | Survived State |
|---|---|---|---|---|
| 12/9/2022 | CLEAN HARBORS INDUSTRIAL SERVICES, INC. | DE | HPC INDUSTRIAL SERVICES, LLC | DE |
| Merger Date | Merged | Merged State | Survived | |

## Subsidiaries

| Name | Address |
|---|---|
| | AQUILEX WSI, INC.<br>3344 PEACHTREE ROAD NE |

Hi, I'm SOLO I'm here to help you launch your new LLC.

|  |  |
|---|---|
|  | SUITE 2100<br>ATLANTA, GA, 30326<br>USA |
|  | HYDROCHEM HOLDING, INC<br>900 GEORGIA AVE<br>DEER PARK, TX, 77536<br>USA |
|  | HYDROCHEM INDUSTRIAL CLEANING, INC.<br>900 GEORGIA AVE.<br>DEER PARK, TX, 77536<br>USA |
| **Name** | **Address** |

| **Date** | **Amendment** |
|---|---|
| 8/24/2022 | NAME CHANGE: FROM HYDROCHEM LLC |
| 1/31/2014 | NAME CHANGE: FROM AQUILEX HYDROCHEM LLC |
| 3/29/2012 | CONVERSION FILED CHANGING ITS NAME : FROM AQUILEX HYDROCHEM, INC. TO AQUILEX HYDROCHEM LLC |
| 1/27/2010 | NAME CHANGE: FROM HYDROCHEM INDUSTRIAL SERVICES, INC |
| **Date** | **Amendment** |

## Annual Reports

| Filed For |
|---|
| 2021 |
| 2020 |
| 2019 |
| 2018 |
| 2017 |
| 2016 |

Hi, I'm SOLO I'm here to help you launch your new LLC.

| Date filed |
|---|
| 2015 |
| 2014 |
| 2013 |
| 2012 |
| 2011 |
| 2010 |
| 2009 |
| 2008 |
| 2007 |
| 2006 |
| 2005 |
| 2004 |
| 2003 |
| 2002 |
| 2001 |
| 2000 |
| 1999 |
| 1998 |
| 1997 |

[ File Your Current Year Annual Report Online Here ]

For more information, please contact the Secretary of State's Office at 304-558-8000.

Wednesday, July 12, 2023 — 1:19 PM

© 2023 State of West Virginia

Hi, I'm SOLO I'm here to help you launch your new LLC.