# EXHIBIT 4

## 2022 W-2 and EARNINGS SUMMARY 

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

### Employee Reference Copy
**W-2 Wage and Tax Statement 2022**
OMB No. 1545-0008
Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 337801 CL12/VXQ HPC020 | | A | 5924 |

**c Employer's name, address, and ZIP code**
HYDROCHEM LLC
900 GEORGIA AVENUE
DEER PARK TX 77536

Batch #02040

**e/f Employee's name, address, and ZIP code**
KURTIS R WILLIAMS
4319 GOULBURN
HOUSTON TX 77045

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 75-2503906 | XXX-XX-4423 |
| 1 Wages, tips, other comp. 47314.53 | 2 Federal income tax withheld 692.48 |
| 3 Social security wages 49113.85 | 4 Social security tax withheld 3045.06 |
| 5 Medicare wages and tips 49113.85 | 6 Medicare tax withheld 712.15 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D  1799.32 |
| 14 Other | 12b DD  8498.28 |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |
| 15 State Employer's state ID no. TX | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | TX. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 52,042.09 | 52,042.09 | 52,042.09 | |
| Less 401(k) (D-Box 12) | 1,799.32 | N/A | N/A | |
| Less Other Cafe 125 | 2,928.24 | 2,928.24 | 2,928.24 | |
| Reported W-2 Wages | 47,314.53 | 49,113.85 | 49,113.85 | |

**2. Employee Name and Address.**

KURTIS R WILLIAMS
4319 GOULBURN
HOUSTON TX 77045

© 2022 ADP, Inc.

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2022**
Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

| 1 Wages, tips, other comp. 47314.53 | 2 Federal income tax withheld 692.48 |
| 3 Social security wages 49113.85 | 4 Social security tax withheld 3045.06 |
| 5 Medicare wages and tips 49113.85 | 6 Medicare tax withheld 712.15 |

d Control number 337801 CL12/VXQ HPC020  Corp. A  Employer use only 5924

c Employer's name, address, and ZIP code
HYDROCHEM LLC
900 GEORGIA AVENUE
DEER PARK TX 77536

b Employer's FED ID number 75-2503906   a Employee's SSA number XXX-XX-4423
7 Social security tips    8 Allocated tips
9    10 Dependent care benefits
11 Nonqualified plans    12a D 1799.32
14 Other    12b DD 8498.28
13 Stat emp. Ret. plan 3rd party sick pay  X

e/f Employee's name, address and ZIP code
KURTIS R WILLIAMS
4319 GOULBURN
HOUSTON TX 77045

15 State TX  Employer's state ID no.  16 State wages, tips, etc.
17 State income tax    18 Local wages, tips, etc.
19 Local income tax    20 Locality name

---

**TX. State Reference Copy — W-2 Wage and Tax Statement 2022**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

(Same values as Federal Filing Copy above.)

---

**TX. State Filing Copy — W-2 Wage and Tax Statement 2022**
Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

(Same values as Federal Filing Copy above.)