## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Tiffany Valentine, as representative | § | |
| of the Estate of Kurtis R. Williams; | § | |
| Joyce Williams; and Starr Brooks, | § | |
| as Next Friend of S.L.-D.B., the minor | § | |
| child of Kurtis R. Williams; | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 423-cv-2153 |
| | § | |
| Clean Harbors Deer Park, LLC; | § | JURY DEMAND |
| Suncor Energy (U.S.A) Inc., | § | |
| Suncor Energy Marketing, Inc.; | § | |
| Suncor Energy (U.S.A.) Marketing, Inc.; | § | |
| and Kevin Fleming; | § | |
| | § | |
| *Defendants* | § | |

## ORDER

Before the Court is Defendant HPC Industrial Services LLC's Motion To Dismiss Pursuant To Rules 12(b)(2) and 12(b)(3), or in the Alternative, Motion To Change Venue Pursuant To 28 U.S.C. § 1404(a). Having considered Defendant's Motion, Plaintiffs' response, and any and all arguments of counsel, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants Motion is denied. This court finds that it possesses jurisdiction over this action, and that the relevant factors do not weigh in favor of remand.

Signed this ____ day of _____, 2023.

_____
JUDGE PRESIDING

Respectfully submitted for consideration by:

ARNOLD & ITKIN LLP

/s/ Noah M. Wexler
Jason A. Itkin
State Bar No. 24032461
Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
jitkin@arnolditkin.com
nwexler@arnolditkin.com
e-service@arnolditkin.com

**Attorneys for Plaintiffs**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this day of July 28, 2023.

*/s/Noah M. Wexler*
Noah M. Wexler