IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY VALENTINE, As Representative of the Estate of Kurtis R. Williams; JOYCE WILLIAMS; and STARR BROOKS, As Next Friend of S.L.-D.B., the Minor Child of Kurtis R. Williams | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-2153 |
| CLEAN HARBORS DEER PARK, LLC; SUNCOR ENERGY (U.S.A.) INC.; SUNCOR MARKETING, INC.; SUNCOR ENERGY (U.S.A.) MARKETING, INC.; and KEVIN FLEMING | § § § § § | (Jury trial demanded in State Court) |

## AFFIDAVIT OF ROBERT SPEIGHTS

COMMONWEALTH OF MASSACHUSETTS §
                                §
COUNTY OF PLYMOUTH              §

BEFORE ME, the undersigned authority, on this day personally appeared Robert Speights, who being duly sworn by me on oath stated as follows:

1. I am a manager and member to HPC Industrial Services, LLC (f/k/a HydroChem LLC) (hereinafter "HPC").

2. In June 2022, Clean Harbors Industrial Services Inc. ("CHISI") merged into HydroChem LLC ("HydroChem"). At the time of the merger, CHISI had several thousand employees throughout the country. The merger combined the HydroChem business with the CHISI business. Prior to the merger, CHISI was headquartered in Norwell, Massachusetts. The merged business changed its name to HPC Industrial Services, LLC on June 30, 2022. After the merger, the executive management with final decision-making authority for HPC was in Massachusetts. This has been the case since the name change on June 30, 2022.

3. HPC is a limited liability company organized under the laws of Delaware.



EXHIBIT
1
4:23cv2153 | Valentine

4. HPC has its headquarters in Norwell, Massachusetts. HPC conducts business operations at the headquarters daily.

5. High level officers and managers of HPC direct, control, and coordinate the company's activities from Norwell, Massachusetts.

6. Company strategy and important policy decisions are made in Norwell, Massachusetts.

7. HPC approves its budget and makes significant financial decisions in Norwell, Massachusetts.

8. HPC makes decisions about key personnel and human resources in Norwell, Massachusetts.

9. The final decision-makers for HPC are in Norwell, Massachusetts.

10. HPC is a limited liability company and has six members.

11. All members of HPC have permanent residences in Massachusetts with the intent to remain there indefinitely.

12. All members had their permanent residences in Massachusetts continuously before May 5, 2023, and through June 13, 2023, to the present.

13. In my position as manager, I am aware where all members have their permanent residences and that all members of HPC intend to maintain their permanent residences in Massachusetts indefinitely.

_[signature]_

SIGNED AND SWORN TO before me by ___ROBERT SPEIGHTS___ on the __31__ day of ___July___ 2023.

___Nancy A Morrissey___
Notary Public in and for the Commonwealth of Massachusetts

> NANCY ANN MORRISSEY
> Notary Public, Commonwealth of Massachusetts
> My Commission Expires    April 7, 2028

6844891

2