# EXHIBIT 1



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

■ Taxpayer number: 3 2 0 1 9 4 9 8 7 5

■ Report year: 2 0 2 2

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: Suncor Energy (U.S.A.) Inc.
Mailing address: 5455 BRIGHTON BLVD
City: COMMERCE CITY   State: CO   ZIP code plus 4: 80022

○ Blacken circle if the mailing address has changed.

Secretary of State (SOS) file number or Comptroller file number:

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: 5455 BRIGHTON BLVD, COMMERCE CITY, CO, 80022
Principal place of business: 5455 BRIGHTON BLVD, COMMERCE CITY, CO, 80022

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| JIM HAMILTON | PRESIDENT | ● YES | |
| Mailing address: 1200 SMITH STREET SUITE 1070 | City: HOUSTON | State: TX | ZIP Code: 77002 |
| CHRIS GILLESPIE | TREASURER | ○ YES | |
| Mailing address: 5455 BRIGHTON BLVD | City: COMMERCE CITY | State: CO | ZIP Code: 80022 |
| MICHAEL KORENBLAT | SECRETARY | ○ YES | |
| Mailing address: 5455 BRIGHTON BLVD | City: COMMERCE CITY | State: CO | ZIP Code: 80022 |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| SUNCOR ENERGY SALES INC. | DE | | 100.000 |
| SUNCOR ENERGY (U.S.A.) PIPELINE COMPANY | DE | | 100.000 |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| SUNCOR ENERGY (U.S.A.) HOLDINGS INC. | DE | | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent: C T CORPORATION SYSTEM
Office: 999 BRYAN ST STE 900   City: DALLAS   State: TX   ZIP Code: 75201

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ► CHRIS GILLESPIE   Title: TREASURER   Date: 11/10/2022   Area code and phone number: ( 303 ) 796 - 2686

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode 13196 Franchise

■ Taxpayer number: 32019498715

■ Report year: 2022

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name:** Suncor Energy (U.S.A.) Inc.
**Mailing address:** 5455 BRIGHTON BLVD
**City:** COMMERCE CITY  **State:** CO  **ZIP code plus 4:** 80022

○ Blacken circle if the mailing address has changed.

**Secretary of State (SOS) file number or Comptroller file number:**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 5455 BRIGHTON BLVD, COMMERCE CITY, CO, 80022
**Principal place of business:** 5455 BRIGHTON BLVD, COMMERCE CITY, CO, 80022

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

### SECTION A — Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| SHAWN PORIER | SECRETARY | ○ YES | |
| Mailing address: 150 6TH AVE SW | City: CALGARY | State: | ZIP Code: T2P3E3 |
| DEREK DAVIES | DIRECTOR | ● YES | |
| Mailing address: 150 6TH AVE SW | City: CALGARY | State: | ZIP Code: T2P3E3 |
| CHRIS ORR | SECRETARY | ○ YES | |
| Mailing address: 150 6TH AVE SW | City: 150 6TH AVE S.W. | State: | ZIP Code: T2P3E3 |

### SECTION B — Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| BENEFUEL INC. | DE | | 21.000 |
| SEB (U.S.A.) BIOFUELS LLC | DE | | 50.000 |

### SECTION C — Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
**Agent:** C T CORPORATION SYSTEM
**Office:** 999 BRYAN ST STE 900  **City:** DALLAS  **State:** TX  **ZIP Code:** 75201

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here:** CHRIS GILLESPIE
**Title:** TREASURER
**Date:** 11/10/2022
**Area code and phone number:** ( 303 ) 796 - 2686

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○





# Franchise Tax Account Status
As of : 08/02/2023 13:20:52

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| SUNCOR ENERGY (U.S.A.) INC. | |
|---|---|
| **Texas Taxpayer Number** | 32011949875 |
| **Mailing Address** | 5455 BRIGHTON BLVD COMMERCE CITY, CO 80022-3603 |
| **❓ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | DE |
| **Effective SOS Registration Date** | Not Registered |
| **Texas SOS File Number** | Not Registered |
| **Registered Agent Name** | C T CORPORATION SYSTEM |
| **Registered Office Street Address** | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |

# Public Information Report

**Public Information Report**
**SUNCOR ENERGY (U.S.A.) INC.**
Report Year :2022

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| TREASURER | **CHRIS GILLESPIE**<br>5455 BRIGHTON BLVD COMMERCE CITY, CO 80022 |
| SECRETARY | **CHRIS ORR**<br>150 6TH AVE SW 150 6TH AVE S.W., T2P3E3 |
| DIRECTOR | **DEREK DAVIES**<br>150 6TH AVE SW CALGARY, T2P3E3 |
| PRESIDENT | **JIM HAMILTON**<br>1200 SMITH STREET SUITE 1070 HOUSTON, TX 77002 |
| DIRECTOR | **JIM HAMILTON**<br>1200 SMITH STREET SUITE 1070 HOUSTON, TX 77002 |
| SECRETARY | **MICHAEL KORENBLAT**<br>5455 BRIGHTON BLVD COMMERCE CITY, CO 80022 |
| SECRETARY | **SHAWN PORIER**<br>150 6TH AVE SW CALGARY, T2P3E3 |