IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Tiffany Valentine, as representative of the Estate of Kurtis R. Williams; Joyce Williams; and Starr Brooks, as Next Friend of S.L.-D.B., the minor child of Kurtis R. Williams;** § § § § § § *Plaintiffs*, § § v. § § **Clean Harbors Deer Park, LLC; Suncor Energy (U.S.A) Inc., Suncor Energy Marketing, Inc.; Suncor Energy (U.S.A.) Marketing, Inc.; and Kevin Fleming;** § § § § § § § *Defendants* § | | CIVIL ACTION NO. 423-cv-2153  JURY DEMAND |

## ORDER

Before the Court is Defendant Suncor Energy (U.S.A.) Inc.'s ("Suncor") Motion To Dismiss for Lack of Personal Jurisdiction, and Subject Thereto, Improper Venue. Having considered Defendant's Motion, Plaintiffs' response, and any and all arguments of counsel**, it is hereby ORDERED** and **ADJUDGED**, that Defendant's Motion is **DENIED** in all respects.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge

1