# Direct Deposit/Pay Card Authorization

*HydroChemPSC*

## Employee Information

| ☑ Initial Authorization | ☐ Change | ☐ Termination | ☑ Direct Deposit | ☐ Pay Card | ☐ Split Deposit |

**Employee Name:** *Kurtis Williams*

**Branch/Cost Center:** ~~⬛⬛⬛~~ 1183

I hereby authorize *HydroChemPSC*, to initiate a direct deposit or fund the Pay Card as per instructions on this form

**Last four (4) digits of your Social Security Number or Employee ID required:** 4423

## PAY CARD INFORMATION

Have you ever been issued an ADP/Wisely Card from HydroChemPSC?  ☐ Yes  ☒ No

Pay Card - Check One:
☐ Deposit full amount of payroll check
☐ Partial Deposit Amount_____ OR ☐ Balance

Enter the Proxy ID prior to faxing form:

_ _ _ _ _ _ _ _ _

Wisely Card Account Number

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## BANKING INFORMATION

Check One: ☑ Checking ☐ Savings *(see below*)*

Check One: ☑ Deposit full amount of payroll check

Transit/ABA Number: *111000614*

Bank Name & Location:

☐ Partial Deposit Amount_____ OR ☐ Balance

Account Number: *116382885*

Check One: ☐ Checking ☐ Savings *(see below*)*

Check One: ☐ Deposit full amount of payroll check

Transit/ABA Number: _____

Bank Name & Location: *Chase / Houston*

☐ Partial Deposit Amount_____ OR ☐ Balance

Account Number: _____

Check One: ☐ Checking ☐ Savings *(see below*)*

Check One: ☐ Deposit full amount of payroll check

Transit/ABA Number: _____

Bank Name & Location: _____

☐ Partial Deposit Amount_____ OR ☐ Balance

Account Number: _____

**Attached Voided Check here**

Where to find the transit routing numbers at the bottom of your check:
|: 123456789| : 123456789|: 1234
Transit #    Account #    Check #

**Employer Signature:** _____  **Date:** _____

## EMPLOYEE AUTHORIZATION

*By accepting and using my Aline Card, I agree to be bound by the terms and conditions outlined in the Aline Cardholder Agreement . I hereby authorize ADP to credit any amounts owed to me, as instructed by my employer, by initiating credit entries to my Aline Card. In the event that ADP or my employer loads funds erroneously to my Aline Card, or my financial institution, I authorize ADP and/or my employer to debit my card or financial institution for an amount not to exceed the original amount of the erroneous credit, in accordance with any applicable laws. This authorization is to remain in full force and effect until ADP or my employer has received written notice from me of its termination in such time and in such manner as to afford ADP or my employer to act on it. I agree that I have reviewed, and understand the Aline Cardholder Fees Summary.*

*\*Checking Account, You must attach a voided check—no deposit slips.*
*\*Savings Account, documentation from your financial institution stating the Transit/ABA & Account number must accompany this authorization - no deposit slips. Be sure that the routing number is for "Direct Deposit" transactions. (Not wire transfers). Incorrect information may delay processing.*

**Employee Signature:** *K. William*    **Date:** *1-30-2020*

**EXHIBIT**

**C**

4:23cv2153 | Valentine v CHDP, e