

To: HPC
From: Brad Clark, CEO
Subject: Organizational Announcement – TriStar Tank Services (TTS)
Date: January 2, 2020

---

Dear HydroChemPSC Team,

I am pleased to announce that HydroChemPSC (HPC) has acquired TriStar Tank Services (TTS) as of December 31, 2019. This includes TriStar Global Energy Solutions' PetroServ tank cleaning and Global Vapor Control degassing businesses. This acquisition will result in HPC having the deepest bench of project management talent available in the industry to take on our customers' most challenging complex tank cleaning and vapor control needs.

Our two companies have the same core values, we share many of the same clients and we speak common operational and commercial languages. We both understand that our business is built on a foundation of people. Having the best people means delivering a work environment that is safe and secure, that respects people and that celebrates success.

Our vision going forward is to continue to develop new technologies that will make our tank cleaning and vapor control equipment the safest, most productive and easiest to use tools in the industry. Using the same engineering skill sets that helped us pioneer "hands free" hydroblasting technology, we intend to make 100% entry-less tank cleaning a reality.

Note that TriStar Global Energy Solutions' decontamination (chemical cleaning) business was not part of the transaction. However, HPC will enjoy, for an extended period of time, exclusive access to their proprietary chemistry specific to tank cleaning: K-15 (Crude Tanks), K-17 (Asphalt Tanks) and K-19 (Sour Water Tanks).

TTS has a solid core team of operations and sales leaders, each of whom is very excited about joining forces with HPC. We are looking forward to you meeting each of them in the coming days and warmly welcoming them to the HPC family.

Please refer to the "Key Talking Points" memo being sent along with this email for further information.

I am looking forward to another great year in 2020 and sincerely appreciate all that you do to make our company the best in our industry.

Best,

Brad Clark



EXHIBIT A
4:23cv2153 | Valentine v CHDP, e