# Form 8822-B
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Change of Address or Responsible Party — Business

▶ Please type or print.
▶ See instructions on back. ▶ Do not attach this form to your return.
▶ Go to www.irs.gov/Form8822B for the latest information.

OMB No. 1545-1163

**EXHIBIT B**
4:23cv2153 | Valentine v CHDP, e

**Before you begin:** If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here ☐

Check **all** boxes this change affects.

1 ☑ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2 ☑ Employee plan returns (Forms 5500, 5500-EZ, etc.)

3 ☐ Business location

| 4a Business name | 4b Employer identification number |
|---|---|
| HPC Industrial Services LLC | 75-2503906 |

**5** Old mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

900 Georgia Avenue Deer Park TX 77536

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**6** New mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

42 Longwater Dr Norwell MA 02061

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**7** New business location (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**8** New responsible party's name

Gregory Malerbi, Treasurer/SVP

**9** New responsible party's SSN, ITIN, or EIN. (CAUTION: YOU MUST REFER TO THE INSTRUCTIONS FOR FORM SS-4 TO SEE WHO MAY USE AN EIN.)

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

**10** Signature. Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Daytime telephone number of person to contact (optional) ▶ Brett P Dowsett (781) 792-5209

**Sign Here** ▶ [signature] Gregory Malerbi    Date 9/14/2022
Signature of owner, officer, or representative
▶ Treasurer/SVP
Title

## Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No. 57465H    Form **8822-B** (Rev. 12-2019)

## Future Developments

Information about any future developments affecting Form 8822-B (such as legislation enacted after we release it) will be posted at *www.irs.gov/Form8822B*.

## Purpose of Form

Use Form 8822-B to notify the Internal Revenue Service if you changed your business mailing address, your business location, or the identity of your responsible party. Also, any entities that change their address or identity of their responsible party must file Form 8822-B, whether or not they are engaged in a trade or business. If you are a representative signing for the taxpayer, attach to Form 8822-B a copy of your power of attorney. Generally, it takes 4 to 6 weeks to process your address or responsible party change.

**Changing both home and business addresses?** Use Form 8822 to change your home address.

## Tax-Exempt Organizations

Check the box if you are a tax-exempt organization. See Pub. 557, Tax-Exempt Status for Your Organization, for details.

## Addresses

Be sure to include any apartment, room, or suite number in the space provided.

### P.O. Box

Enter your box number instead of your street address only if your post office does not deliver mail to your street address.

### Foreign Address

Follow the country's practice for entering the postal code. Please do not abbreviate the country name.

### "In Care of" Address

If you receive your mail in care of a third party (such as an accountant or attorney), enter "C/O" followed by the third party's name and street address or P.O. box.

## Responsible Party

Any entity with an EIN is required to report a change in its "responsible party" on lines 8 and 9 within 60 days of the change. See Regulations section 301.6109-1(d)(2)(ii). See Form SS-4, Application for Employer Identification Number, and its instructions, for guidance about who can be a "responsible party" for line 8 and which identification number to enter for line 9.

## Signature

An officer, owner, general partner or LLC member manager, plan administrator, fiduciary, or an authorized representative must sign. An officer is the president, vice president, treasurer, chief accounting officer, etc.

 *If you are a representative signing on behalf of the taxpayer, you must attach to Form 8822-B a copy of your power of attorney. To do this, you can use Form 2848. The Internal Revenue Service will not complete an address or responsible party change from an "unauthorized" third party.*

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Our legal right to ask for information is Internal Revenue Code sections 6001 and 6011, which require you to file a statement with us for any tax for which you are liable. Section 6109 requires that you provide your identifying number on what you file. This is so we know who you are, and can process your form and other papers.

Generally, tax returns and return information are confidential, as required by section 6103. However, we may give the information to the Department of Justice and to other federal agencies, as provided by law. We may give it to cities, states, the District of Columbia, and U.S. commonwealths or possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

If you are an entity with an EIN and your responsible party has changed, use of this form is mandatory. Otherwise, use of this form is voluntary. You will not be subject to penalties for failure to file this form. However, if you fail to provide the IRS with your current mailing address or the identity of your responsible party, you may not receive a notice of deficiency or a notice of demand for tax. Despite the failure to receive such notices, penalties and interest will continue to accrue on any tax deficiencies.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is 18 minutes.

**Comments.** You can send us comments from *www.irs.gov/FormComments*. Or you can write to the Internal Revenue Service, Tax Forms and Publications Division, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. **Don't send the form to this office.**



# Delaware
## The First State
Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "HYDROCHEM LLC", CHANGING ITS NAME FROM "HYDROCHEM LLC" TO "HPC INDUSTRIAL SERVICES, LLC", FILED IN THIS OFFICE ON THE EIGHTH DAY OF JUNE, A.D. 2022, AT 10:04 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

2350594 8100
SR# 20222654864

Authentication: 203679022
Date: 06-14-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:04 AM 06/08/2022
FILED 10:04 AM 06/08/2022
SR 20222654864 - File Number 2350594

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: HydroChem LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

   To change the name of the limited liability company from HYDROCHEM LLC to HPC INDUSTRIAL SERVICES, LLC effective June 30th, 2022.

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on the ___7th___ day of ___June___, A.D. __2022__.

By: _____
Authorized Person(s)

Name: __Eric Gerstenberg__
Print or Type



# State of Delaware

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE  19801

02-11-2022

ATTN: XAVIER MCLEAN|14157797-SO-1.000|MAJOR ACCOUNT TEAM 1      |ANITA WILLIAMS

| DESCRIPTION | AMOUNT |
|---|---|
| 6616329 - HPC INDUSTRIAL SERVICES, LLC - 06/11/2022 0100C  Name Reserve; Charge | |
| Name Reservation Fee | $75.00 |
| TOTAL CHARGES | $75.00 |
| CHARGED TO ACCOUNT | $75.00 |
| BALANCE | $0.00 |

| Entity ID | Entity Name | Domestic Jurisdiction | Management Name | Title | Title Role | Status | Comments |
|---|---|---|---|---|---|---|---|
| 11000879464 | HPC Industrial Services, LLC | Delaware | Battles, Michael | Manager | Manager | Active | -- |
| 11000879464 | HPC Industrial Services, LLC | Delaware | Gerstenberg, Eric W. | Manager | Manager | Active | -- |
| 11000879464 | HPC Industrial Services, LLC | Delaware | Speights, Robert | President | Officer | Active | -- |
| 11000879464 | HPC Industrial Services, LLC | Delaware | Gerstenberg, Eric W. | Executive Vice President | Officer | Active | -- |
| 11000879464 | HPC Industrial Services, LLC | Delaware | Malerbi, Gregory | Senior Vice President and Treasurer | Officer | Active | -- |
| 11000879464 | HPC Industrial Services, LLC | Delaware | Janis, Daniel T. | Secretary | Officer | Active | -- |
| 11000879464 | HPC Industrial Services, LLC | Delaware | McDonald, Michael R. | Assistant Secretary | Officer | Active | -- |